IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DUK SOOK KUHRY-HAEUSER,        )
                               )
          Plaintiff,           )        8:07CV21
                               )
     v.                        )
                               )
JOHN DEERE LANDSCAPES,         )        ORDER
                               )
          Defendant.           )
_____)
```

      This matter is before the Court on defendant's motion for leave to file amended answer (Filing No. 13).  During a telephonic planning conference, plaintiff indicated she has no objection.  Accordingly,

      IT IS ORDERED that defendant's motion is granted; defendant shall have until May 25, 2007, to file its amended answer.

      DATED this 21st day of May, 2007.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court