IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DUK SOOK KUHRY-HAEUSER,        )
                               )
          Plaintiff,           )         8:07CV21
                               )
     v.                        )
                               )
JOHN DEERE LANDSCAPES,         )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for extension of time to extend the deadline for filing motions for summary judgment (Filing No. 29). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; motions for summary judgment shall be filed on or before September 17, 2007.

DATED this 10th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court