```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DUK SOOK KUHRY-HAEUSER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV21 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DEERE LANDSCAPES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the court's own motion, the pretrial conference is rescheduled as follows:

IT THEREFORE HEREBY IS ORDERED:

1. The Final Pretrial Conference will be held before Magistrate Judge David L. Piester on **November 20, 2007 at 10:00 a.m.**  Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

2. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NeCivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order.  The Order should be submitted to the plaintiff and to any other parties by **October 15, 2007.**  The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **October 29, 2007.**  Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **November 12, 2007.**  If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

3. The pretrial conference will be by telephone.  Defense counsel shall arrange to initiate and place the conference call.

4.  Trial remains set to commence at **9:00 a.m. on December 10, 2007**, in Omaha, Nebraska, before the Honorable Lyle E. Strom and a jury.

DATED this 14th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge